UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

PAUL W. VERNER, et al.,

                              Plaintiffs,                  **1:23-CV-07275-NRB**

              -against-                                   **ORDER**

PETER J. ANDREWS, et al.,

                              Defendants.

-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    A pre-settlement conference call in this matter is hereby scheduled for **Thursday, October 17, 2024 at 2:00 p.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

              **SO ORDERED.**

DATED:    New York, New York
                 September 27, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge