UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

PAUL W. VERNER, et al.,

                        Plaintiffs,                      **1:23-CV-07275-NRB**

        -against-                              **ORDER**

PETER J. ANDREWS, et al.,

                        Defendants.

-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A settlement conference in this matter is hereby scheduled for **Monday, February 3, 2025 at 10:00 a.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend the settlement conference, accompanied by that party's attorney, and corporate parties must send a representative with decision making authority to settle the matter. The parties are directed to refer to the Court's standing order applicable to settlement conferences, available at https://www.nysd.uscourts.gov/hon-valerie-figueredo. As indicated in that order, parties must submit pre-conference submissions, via e-mail to chambers, no later than **Monday, January 27, 2025**.

                SO ORDERED.

DATED:      New York, New York
                 October 28, 2024

                                                           _____
                                                           VALERIE FIGUEREDO
                                                           United States Magistrate Judge