UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

PAUL W. VERNER, et al.,

                            Plaintiffs,                    **1:23-CV-07275 (NRB)**

              -against-                          **ORDER**

PETER J. ANDREWS, et al.,

                            Defendants.

-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The settlement conference scheduled for May 19, 2025 is hereby rescheduled for **Tuesday, July 1, 2025 at 10 a.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend the settlement conference, accompanied by that party's attorney, and corporate parties must send a representative with decision making authority to settle the matter. The parties are directed to refer to the Court's standing order applicable to settlement conferences, available at https://www.nysd.uscourts.gov/hon-valerie-figueredo. As indicated in that order, parties must submit pre-conference submissions, via e-mail to chambers, no later than **Tuesday, J 24, 2025**.

               **SO ORDERED.**

DATED:     New York, New York
              May 1, 2025

                                                                                    _____
                                                                                   VALERIE FIGUEREDO
                                                                                    United States Magistrate Judge