**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

PAUL W. VERNER, et al.,

                  Plaintiffs,              **1:23-CV-07275-NRB**

        -against-                    **ORDER**

PETER J. ANDREWS, et al.,

                  Defendants.

-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The pre-settlement conference call in this matter scheduled for January 26 is hereby rescheduled to **Tuesday, January 27, 2026 at 1:00 p.m.** Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442; access code [663 728 321#].**

        **SO ORDERED.**

DATED:     New York, New York
           January 27, 2026

                                     _____
                                    VALERIE FIGUEREDO
                                    United States Magistrate Judge