UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
VERNER SIMON, INC., d/b/a VERNER SIMON, and PAUL W. VERNER d/b/a VERNER SIMON,

Plaintiffs,

- against -

PETER J. ANDREWS, et al.,

Defendants,

- and -

GREGORY PALMER and ROCKINGHAM CAPITAL GROUP, LLC,

Relief Defendants.
------------------------------------X

**ORDER**

23 Civ. 7275 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

While plaintiffs have certainly not pursued this case with the appropriate diligence, there is no sustainable basis to dismiss the case for failure to prosecute at this point. Further, even though plaintiffs apparently seek no discovery, defendants are entitled to pursue reasonable discovery consistent with the Federal Rules of Civil Procedure. Accordingly, if the parties cannot negotiate a reasonable and prompt discovery schedule, the Court will set one. Neither party’s contemplated motions are appropriate at this time.

However, this case has been pending without sufficient progress for far too long. Plaintiffs must henceforth prosecute the case and respond to the Court's directives with due diligence or appropriate consequences will follow.

Dated: New York, New York
November 10, 2026

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE